UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY
ESTATE,

        Plaintiff,

v.                        Case No:   2:24-cv-246-JLB-KCD

LEHIGH REGIONAL MEDICAL
CENTER,

        Defendant.
_____/

## **ORDER**

      The Magistrate Judge has entered a Report and Recommendation, recommending that this case be dismissed without prejudice for Plaintiff's failure to (1) file an amended *in forma pauperis* motion, (2) prosecute this case, and (3) comply with the Court's orders as detailed in the Report and Recommendation. (Doc. 7).  No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

      Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to (1) file an amended *in forma pauperis* motion, (2) prosecute this case, and (3) comply with the Court's orders as detailed in the Report and Recommendation.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on October 30, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE